{¶ 1} On November 28, 2011, the United States District Court for the Northern District of Ohio, Western Division, certified the following question of state law to this court: “Under the applicable circumstances, does Ohio recognize a cause of *517 action for tortious acts in concert under the Restatement (2d) of Torts, § 876?” 131 Ohio St.3d 1436, 2012-Ohio-331, 960 N.E.2d 986. On July 10, 2012, we heard oral argument in this case.
{¶ 2} The certified question is answered in the negative. This court has never recognized a claim under 4 Restatement 2d of Torts, Section 876 (1979), and we decline to do so under the circumstances of this case.
O’Connor, C.J., and Lúndberg Stratton, O’Donnell, Lanzinger, Cupp, and McGee Brown, JJ., concur.
Pfeifer, J., dissents.